BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust for the Benefit of Certificate Holders under Guarantee No. 170864 of Bond and Mortgage Guarantee Company, Plaintiff, v. ISAAC LEVIN REALTY CORPORATION and Others, Defendants. In the Matter of the Application of BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust for the Benefit of Certificate Holders under Guarantee No. 170864 of Bond and Mortgage Guarantee Company, for an Order to Enter a Deficiency Judgment against the Defendant ISAAC LEVIN REALTY CORPORATION. BROOKLYN TRUST COMPANY, as Trustee, etc., Respondent; ISAAC LEVIN REALTY CORPORATION, Appellant.— Order, made after hearing before an official referee, directing the entry of a deficiency judgment, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

RAYMOND JOSEPH BRUDER and HARRY D. BRUDER, as Guardian ad Litem of MELVIN FENIMORE BRUDER, an Infant over the Age of 14 Years, Respondents, v. JACOB SCHWARTZ, as Executor and Trustee under the Last Will and Testament of WILLIAM SCHWARTZ, Deceased, Appellant.— Order in so far as it denies defendant's motion to strike items 5, 6 and 7 from the plaintiffs' demand for a bill of particulars of the defense of release interposed by the defendant to the plaintiffs' cause of action for specific performance of an alleged contract for the making by the defendant's decedent, William Schwartz, and his wife, Celia Schwartz, of mutual and irrevocable wills, reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Items 5, 6 and 7 improperly seek the evidence upon which defendant relies to sustain his defense, and improperly seek the names and addresses of his witnesses. Especially is this so in view of what the defendant is required to furnish under items 1, 2 and 3 of the demand for a bill of particulars. Verified bill of particulars of items 1, 2 and 3 to be furnished within five days after the entry of the order hereon. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

PHILIP CONGO, Formerly Known as PHILIP GRANDE, an Infant, by MICHAEL CONGO, Guardian ad Litem, and MICHAEL CONGO, Respondents, v. BROOKLYN BUS CORPORATION, Appellant.— In an action to recover damages for personal injuries sustained by the infant plaintiff, who, while crossing the street, was struck by the defendant's bus, and by his father for loss of services and expenses, judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present —Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

MILDRED DAVID, Appellant, v. FRANK DAVID, Respondent.— Action for a separation. Order granting defendant's motion to change the place of trial from Queens county to Fulton county; and order transferring the plaintiff's motion for alimony and counsel fees and for custody of the infant child of the parties affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.